**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-7025                              2. DATE DOCKETED: February 28, 2024
3. CASE NAME (lead parties only) Robert Goodrich    v.   Bank of America, N.A. et al.
4. TYPE OF CASE:  ☐ District Ct -  ○ US Civil  ● Private Civil  ○ Criminal  ○ Bankruptcy
                  ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?     ○ Yes  ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.            Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:21-Cv-01344-DLF       Bankruptcy                          Tax
      Criminal                             Adversary
      Miscellaneous                        Ancillary
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Dabney Friedrich                         Magistrate Judge
   d. Date of order(s) appealed (use date docketed): See addendum    e. Date notice of appeal filed: 02-23-2024
   f. Has any other notice of appeal been filed in this case?    ○ Yes  ● No   If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ● No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes  ● No
      If NO, why not?  Ruling was done on the pleadings.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #           ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ● Yes  ○ No
      If YES, give popular name and citation of statute D.C. Securities Act, §§ 31-5605.02 and 31-5606.05
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No   If so, provide program name and participation dates

Signature [signed]                         Date 3/26/24
Name of Party Appellant, Robert Goodrich
Name of Counsel for Appellant/Petitioner Thomas C. Costello
Address 409 Washington Ave., Suite 410, Towson, MD 21204
Phone ( 410 ) 832-8800    Fax ( 410 ) 832-8807

ATTACH A CERTIFICATE OF SERVICE
Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

2

**Addendum to Civil Docketing Statement**

6. d. Date of orders appealed:

- May 19, 2022 memorandum opinion (ECF 15) and order (ECF 14)

- January 30, 2024 memorandum opinion (ECF 42) and order (ECF 43)

- August 12, 2022 minute order (no document number)

- September 6, 2022 minute order (no document number)

- November 30, 2022 minute order (no document number).

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of March 2024, a copy of the foregoing was electronically filed and served via the Court's CM/ECF system upon all counsel of record.

/s/ Thomas C. Costello
Thomas C. Costello