# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Robert D. Goodrich

**v.**

Bank of America, N.A. et al.

**Case No:** 24-7025

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Robert Goodrich, individually and as Trustee of Robert D. Goodrich Rev. Trust

### Counsel Information

**Lead Counsel:** Thomas C. Costello
**Direct Phone:** (410) 832-8800  **Fax:** (410) 832-8807  **Email:** tcc@costellolawgroup.com

**2nd Counsel:**
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**
**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Costello Law Group
**Firm Address:** 409 Washington Ave., Suite 410, Towson, MD 21204
**Firm Phone:** (410) 832-8800  **Fax:** (410) 832-8807  **Email:** tcc@costellolawgroup.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)