# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Robert Goodrich

v.

Bank of America, N.A., et al.

**Case No:** 24-7025

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Bank of America, N.A.

Matthew Lettinga

### Counsel Information

**Lead Counsel:** Jodie H. Lawson

**Direct Phone:** (704) 343-2329   **Fax:** (704) 444-8785   **Email:** jlawson@mcguirewoods.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**Firm Name:** McGuireWoods LLP

**Firm Address:** 201 North Tryon Street, Suite 3000, Charlotte, NC 28202-2146

**Firm Phone:** (704) 343-2000   **Fax:** (704) 343-2300   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)