———————————

No. 24-7025

———————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
CIRCUIT

———————————

ROBERT D. GOODRICH, INDIVIDUALLY
AND IN HIS CAPACITY AS TRUSTEE OF
THE ROBERT D. GOODRICH REVOCABLE
TRUST,

Plaintiff-Appellant,

v.

BANK OF AMERICA, N.A., T/A U.S. TRUST
BANK OF AMERICA PRIVATE WEALTH
MANAGEMENT and MATTHEW LETTINGA,
et al.,
Defendants-Appellees.

———————————

On Appeal from the United States District Court
for the District of Columbia, Dabney L. Friedrich,
District Judge

———————————

**NOTICE OF INTENT
TO FILE *AMICUS* BRIEF
AND REPRESENTATION OF CONSENT**

Pursuant to Circuit Rule 29(b), the Public Investor Advocate Bar Association ("PIABA") hereby provides notice of its intent to file an *amicus curiae* brief in this case in support of Plaintiff-Appellant. All parties have consented to the filing of the brief.

PIABA is an organization whose members represent public investors in disputes with financial industry members and whose mission includes advocating for the protection of public investors.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1(a), PIABA states that it is a not-for-profit, non-stock corporation organized under the laws of Texas, has no parent corporation, and no publicly held company has a ten percent or greater ownership interest in it.

Respectfully submitted,

/s/ Alan Rosca
Rosca Scarlato LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122
(216) 946-7070
arosca@rscounsel.law

*Counsel for*
*Public Investor Advocate Bar Association*