# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7025**  September Term, 2023

1:21-cv-01344-DLF

Filed On: June 6, 2024 [2058198]

Robert Goodrich, Individually and in his capacity as trustee of the Robert D. Goodrich revocable trust,

    Appellant

    v.

Bank of America, trading as U.S. Trust Bank of America Private Wealth Management and Matthew Lettinga,

    Appellees

## O R D E R

Upon consideration of appellant's consent motion to amend the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | August 5, 2024 |
| Appendix | August 5, 2024 |
| Amicus Curiae for Appellant's Brief | August 12, 2024 |
| Appellees' Brief | September 11, 2024 |
| Appellant's Reply Brief | October 2, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk